NOT FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Civil No. 2007-38** |
| INNOVATIVE COMMUNICATION | ) | |
| COMPANY, LLC, | ) | **Chapter 11 Case No. 06-30008** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

ATTORNEYS:

**Jeffrey B. Moorehead, Esq.**
St. Croix, U.S.V.I.
    *For the Virgin Islands Public Services Commission,*

**Thomas J. Allingham, II., Esq.**
**Gregg M. Galardi, Esq.**
**Mark L. Desgrosseilliers, Esq.**
**Matthew P. Ward, Esq.**
Wilmington, DE
    *For  Greenlight Capital Qualified, L.P., Greenlight Capital,*
        *L.P., Greenlight Capital Offshore, Ltd.,*

**Matthew J. Duensing, Esq.**
**Richard H. Dollison, Esq.**
St. Thomas, U.S.V.I.
    *For Greenlight Capital Qualified, L.P., Greenlight Capital,*
    *L.P., Greenlight Capital Offshore, Ltd.*

<u>ORDER</u>

**GÓMEZ, C.J.**

    On February 22, 2007, the Virgin Islands Public Services

Commission ("PSC") filed a notice of appeal from the February 13,

2007, order of the United States Bankruptcy Court for the

*In re Innovative Communication Company, LLC*
Civil No. 2007-38
Order
Page 2

District of the Virgin Islands (the "Bankruptcy Division"),

granting a motion to appoint a Chapter 11 trustee in the

underlying bankruptcy matter.  That same day, the Court entered

an Order stating that:

> Appellant shall, not later than 10 days after the
> date of this Order, file and serve on the other
> parties the designation of record and statement of
> the issues to be presented, failing which the Appeal
> may be dismissed for failure to prosecute . . . .
>
>                    . . .
>
> Appellant's brief shall be filed and served within
> 30 days of the date of this Order, or if the
> designated record includes a transcript, within 15
> days after the transcript is filed, whichever comes
> later . . . .

(Order 1-2, Feb. 22, 2007.)

As of the date of this Order, the PSC has still not filed a

designation of record, or an appellant's brief in this matter.

Because the PSC has failed to file these documents, the above-

captioned appeal may be dismissed for failure to prosecute. *See,*

*e.g., In re E Toys Inc.,* 263 Fed. Appx. 235, 238, 2008 WL 241367

at *2 (3d Cir. Jan. 30, 2008) (affirming the district court's

dismissal of a bankruptcy appeal based on the appellant's

"repeated failures to adhere to ordered briefing deadlines")

(unpublished).

Accordingly, it is hereby

*In re Innovative Communication Company, LLC*
Civil No. 2007-38
Order
Page 3

    **ORDERED** that the PSC, no later than March 13, 2009, shall

show cause in writing why this matter should not be dismissed for

failure to prosecute.

                                                             S\_____

                                                                **CURTIS V. GÓMEZ**
                                                                  **Chief Judge**